UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BURTON W. WIAND, as Receiver for
VALHALLA INVESTMENT PARTNERS,
L.P.; VIKING FUND, LLC; VIKING IRA
FUND, LLC; VICTORY FUND, LTD.;
VICTORY IRA FUND, LTD., AND
SCOOP REAL ESTATE, L.P.,

      Plaintiff,

v.                                          Case No. 8:10-cv-92-T-17MAP

DANCING $, LLC,

      Defendant.
_____/

**ORDER**

The Receiver served on the Defendant a request for production on July 27, 2011. Dissatisfied with the Defendant's answers, the Receiver moves to compel complete responses to the document requests, and recover attorney's fees and costs associated with his motion (doc. 82). The Defendant, in turn, has not responded to the motion within the time specified by Local Rule 3.01(b), triggering the presumption that Defendant has no objection to the motion. Accordingly, it is hereby

ORDERED:

1. Given that the Receiver acknowledges in the motion that the Defendant has agreed to cooperate and is in the process of supplementing certain discovery responses and providing additional documents, coupled with the fact that I recently entered an Order extending the deadline for the completion of discovery through August 1, 2012, the Defendant is directed to produce to the Receiver on or before August 1, 2012, all responsive documents and information sought by the

motion but not yet produced.

    2.   That part of the Receiver's motion seeking sanctions is denied without prejudice.

DONE and ORDERED in Tampa, Florida, on July 18, 2012.

*/s/ Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record