UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BURTON W. WIAND, as Receiver for
VALHALLA INVESTMENT PARTNERS,
L.P.; VIKING FUND, LLC; VIKING IRA
FUND, LLC; VICTORY FUND, LTD.;
VICTORY IRA FUND, LTD., AND
SCOOP REAL ESTATE, L.P.,

      Plaintiff,

v.                               Case No. 8:10-cv-92-T-17MAP

DANCING $, LLC,

      Defendant.
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on the Receiver's motion for taxation of costs (doc. 130). Since Defendant Dancing $, LLC has failed to object to the bill of costs taxed on it by this Court on April 1, 2013, within the seven day period set forth in Fed.R.Civ.P. 54(d)(1), the Court assumes that Defendant has no objection to the entry of an order awarding the Receiver its costs incurred in this matter. Accordingly, it is hereby

RECOMMENDED:

1. The Receiver's motion to tax costs (doc. 130) be **GRANTED.**

2. Defendant be directed to pay to the Receiver $1,508.61 for the taxable costs it incurred in this matter.

RECOMMENDED in chambers at Tampa, Florida on April 12, 2013.

*Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

NOTICE TO PARTIES

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal.  28 U.S.C. § 636(b)(1).

cc: Counsel of Record
      Honorable Elizabeth A. Kovachevich