## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BURTON W. WIAND, as Receiver for
VALHALLA INVESTMENT PARTNERS,
L.P.; VIKING FUND, LLC; VIKING IRA
FUND, LLC; VICTORY FUND, LTD.;
VICTORY IRA FUND, LTD., AND
SCOOP REAL ESTATE, L.P.,

                 Plaintiff,

vs.                                  Case No. 8:10-CV-92-T-EAK-MAP

DANCING $, LLC,

                 Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

     This cause is before the Court on the report and recommendation (R&R) issued by

Magistrate Judge Mark A. Pizzo on April 12, 2013 (Doc. 139).  The magistrate judge

recommended that the Court grant the motion to tax costs and direct the Defendant to pay the

Receiver $1,508.61 for taxable costs.

     Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District

of Florida, the parties had fourteen (14) days after service to file written objections to the

proposed findings and recommendations, or be barred from attacking the factual findings on

appeal. No timely objections to the report and recommendation were filed.

## STANDARD OF REVIEW

     When a party makes a timely and specific objection to a finding of fact in the report

and recommendation, the district court should make a de novo review of the record with

respect to that factual issue.  28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980);

**Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990).

However, when no timely and specific objections are filed, case law indicates that the court

should review the findings using a clearly erroneous standard.  **Gropp v. United Airlines,**

**Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent

review of the record.  Upon due consideration, the Court concurs with the report and

recommendation.  Accordingly, it is

**ORDERED** that the report and recommendation (Doc. 139)  be **adopted** and

**incorporated by reference**; the motion to tax costs is **granted,** and the Defendant is **directed**

to pay the Receiver $1,508.61 for taxable costs.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 7th day of May, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge